The Law Offices of Robert L. Geltzer
1556 Third Avenue
New York, New York 10128
(212) 410-0100
Robert L. Geltzer
Mark E. Bruh

*Counsel to Robert L. Geltzer,*
*Chapter 7 Trustee*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re

**KENNETH IRA STARR, *et al.*,**

        Debtor.
------------------------------------------------------------x
**ROBERT L. GELTZER**, as Trustee of
the Estate of **KENNETH IRA STARR, *et al.*,**

        Plaintiff,

    - against -

**BROADWAY VIDEO AND
LORNE MICHAELS**,

        Defendants.
------------------------------------------------------------x

**Chapter 7**

**Case No. 11-10219 (MEW)**

**Adv. Proc. No. 14-02400 (MEW)**

<u>**SCHEDULING ORDER**</u>

      Upon the pre-trial conference held on March 11, 2015, in connection with the

above-referenced adversary proceeding (the "Adversary Proceeding"), at which time the

Court directed counsel for the Trustee to file a schedule for discovery; it is hereby

      **ORDERED** that the next pretrial conference shall be held on June 24, 2015 at

10:00 a.m.; and it is further

      **ORDERED** that discovery in the Adversary Proceeding shall be completed by

June 16, 2015; and it is further

**ORDERED** that nothing in this Order precludes the parties, **upon a showing of good cause,** from seeking an amendment to this Order to extend further the deadlines prescribed herein.

Dated: New York, New York
　　　　March 17, 2015

　　　　　　　　　　　　　　　　**s/Michael E. Wiles**
　　　　　　　　　　　　　　　　MICHAEL E. WILES
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE